Timothy M. Bechtold
BECHTOLD LAW FIRM, PLLC
P.O. Box 7051
Missoula, MT 59807-7051
406-721-1435
tim@bechtoldlaw.net

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| FOREST SERVICE EMPLOYEES FOR ENVIRONMENTAL ETHICS,<br><br>    Plaintiff,<br><br>vs.<br><br>UNITED STATES FOREST SERVICE,<br><br>    Defendant. | CV-22-168-M-DLC<br><br>PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT |

In this matter, Plaintiff Forest Service Employees for Environmental Ethics (FSEEE) challenges the actions of Defendant United States Forest Service on the agency's discharge of aerial fire retardant into navigable waters of the United States in violation of the Clean Water Act. *See* Dkt#1. In its Answer, Defendant United States Forest Service admits its violations of the Clean Water Act as alleged in FSEEE's Complaint. Dkt#5. FSEEE therefore now moves for summary

judgment and asks this Court to enter judgment in favor of FSEEE, enjoin the Forest Service from the use of chemical fire retardant in navigable waters, and award FSEEE its fees and costs of suit.

DATED this 10th day of January, 2023.

/s/ Timothy M. Bechtold
BECHTOLD LAW FIRM, PLLC

Attorney for FSEEE