FILED

MAR 16 2023

Clerk, U S District Court
District Of Montana
Missoula

W. Adam Duerk
KNIGHT NICASTRO MACKAY, LLC
283 W. Front Street, Suite 203
Missoula, Montana 59802
Email: duerk@knightnicastro.com
Ph: (406) 206-7102

Eric Waeckerlin
Julian R. Ellis, Jr. (*pro hac vice admission pending*)
BROWNSTEIN HYATT FARBER SCHRECK, LLP
410 Seventeenth Street, Suite 2200
Denver, Colorado 80202
Email: ewaeckerlin@bhfs.com
        jellis@bhfs.com
Ph: (303) 223-1100

Bella Sewall Wolitz (*pro hac vice admission pending*)
BROWNSTEIN HYATT FARBER SCHRECK, LLP
1155 F Street N.W., Suite 1200
Washington, District of Columbia 20004
Email: bsewallwolitz@bhfs.com
Ph: (202) 296-7353

Elisabeth L. Esposito (*pro hac vice admission pending*)
BROWNSTEIN HYATT FARBER SCHRECK, LLP
1415 L Street, Suite 800
Sacramento, California 95814
Email: eesposito@bhfs.com
Ph: (916) 594-9700

*Attorneys for Putative Intervenors*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# MISSOULA DIVISION

| | |
|---|---|
| Forest Service Employees for Environmental Ethics,<br><br>*Plaintiff*, | No. 9:22-CV-168-DLC |

| | |
|---|---|
| v.<br><br>United States Forest Service,<br><br>    *Defendant*,<br><br>Town of Paradise, California, Butte County, California, Plumas County, California, Rural County Representatives of California, American Forest Resource Council, National Alliance of Forest Owners, Federal Forest Resource Coalition, California Forestry Association, Montana Wood Products Association, Oregon Forest Industries Council, Washington Forest Protection Association, California Farm Bureau Federation, California Women for Agriculture, and National Wildfire Suppression Association,<br><br>    *Putative Intervenor-Defendants*. | PUTATIVE INTERVENORS' NOTICE TO CORRECT CAPTION |

       Putative Intervenors file this notice to correct the caption for their motion to intervene, brief in support, and disclosure statement, filed on March 9, 2023. The caption for these filings incorrectly referred to Putative Intervenors California Farm Bureau Federation and Oregon Forest Industries Council. The caption in this notice corrects the names for these two Putative Intervenors.

       Putative Intervenors respectfully ask the Court to accept the caption in this notice as the correct case caption.

2

Dated: March 16, 2023. Respectfully submitted,

W. Adam Duerk
KNIGHT NICASTRO MACKAY, LLC
283 W. Front Street, Suite 203
Missoula, Montana 59802
Email: duerk@knightnicastro.com
Ph: (406) 206-7102

Eric Waeckerlin
Julian R. Ellis, Jr. (*pvh pending*)
BROWNSTEIN HYATT
 FARBER SCHRECK, LLP
410 Seventeenth Street, Suite 2200
Denver, Colorado 80202
Email: ewaeckerlin@bhfs.com
         jellis@bhfs.com
Ph: (303) 223-1100

Bella Sewall Wolitz (*pvh pending*)
BROWNSTEIN HYATT
 FARBER SCHRECK, LLP
155 F Street N.W., Suite 1200
Washington, District of Columbia
20004
Email: bsewallwolitz@bhfs.com
Ph: (202) 296-7353

Elisabeth L. Esposito (*pvh pending*)
BROWNSTEIN HYATT
 FARBER SCHRECK, LLP
1415 L Street, Suite 800
Sacramento, California 95814
Email: eesposito@bhfs.com
Ph: (916) 594-9700

**Attorneys for Putative Intervenors**

## CERTIFICATE OF SERVICE

I certify that on March 16, 2023, a copy of **Putative Intervenors' Notice to Correct Caption** was hand delivered to the Clerk of Court, U.S. District Court for the District of Montana, 201 E. Broadway Street, Missoula, Montana 59802. A courtesy copy was also emailed to all counsel of record.

_____
W. Adam Duerk