IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| FOREST SERVICE EMPLOYEES FOR ENVIRONMENTAL ETHICS,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED STATES FOREST SERVICE,<br><br>Defendant. | CV 22–168–M–DLC<br><br><br>ORDER |

Before the Court is Plaintiff's Unopposed Motion to Continue Hearing. (Doc. 31.) Plaintiff requests that the hearing on summary judgment currently scheduled for April 21, 2023, be rescheduled to April 18, 2023, because counsel for Plaintiff is unavailable on the date currently set. (*Id.* at 1.) April 18 is not available in the Court's calendar; however, the Court will attempt to accommodate counsel's schedule by moving the hearing to April 24, 2023.

Accordingly, IT IS ORDERED that Plaintiff's motion (Doc. 31) is GRANTED.

IT IS FURTHER ORDERED that the hearing on Plaintiff's Motion for Summary Judgment is VACATED and RESET for April 24, 2023.

IT IS FURTHER ORDERED that the parties shall notify the Court on or before April 6, 2023, as to whether this date works for both parties' schedules. If

this date is not agreeable, the parties shall jointly propose alternate dates for the Court to consider.

    DATED this 5th day of April, 2023.

                                                                              Dana L. Christensen, District Judge
United States District Court