IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| FOREST SERVICE EMPLOYEES FOR ENVIRONMENTAL ETHICS, | CV 22–168–M–DLC |
| Plaintiff, | |
| v. | ORDER |
| UNITED STATES FOREST SERVICE, | |
| Defendant, | |
| TOWN OF PARADISE, CALIFORNIA, BUTTE COUNTY, CALIFORNIA, PLUMAS COUNTY, CALIFORNIA, RURAL COUNTY REPRESENTATIVES OF CALIFORNIA, AMERICAN FOREST RESOURCE COUNCIL, NATIONAL ALLIANCE OF FOREST OWNERS, FEDERAL FOREST RESOURCE COALITION, CALIFORNIA FORESTRY ASSOCIATION, MONTANA WOOD PRODUCTS ASSOCIATION, OREGON FOREST INDUSTRY COUNCIL, WASHINGTON FOREST PROTECTION ASSOCIATION, and CALIFORNIA FARM BUREAU, | |
| Amici Curiae. | |

Before the Court is Amici Curiae's motions for the admission of attorneys

Julian R. Ellis, Jr., (Doc. 35), Elisabeth L. Esposito, (Doc. 36.), and Bella Sewall Wolitz, (Doc. 37), of Brownstein Hyatt Farber Schreck LLP, *pro hac vice*, in the above-captioned matter. It appears that W. Adam Duerk of Knight Nicastro MacKay, LLC, will serve as local counsel in this matter. (Docs. 35 at 2, 36 at 2, 37 at 2.) The attorneys' applications, (Docs. 35 at 5–8, 36 at 5–7, 37 at 5–7), comply with this Court's Local Rules governing the admission of counsel *pro hac vice*. L.R. 83.1(d).

Accordingly, IT IS ORDERED that the motions (Docs. 35, 36, and 37) are GRANTED on the condition that Julian R. Ellis, Jr., Elisabeth L. Esposito, and Bella Sewall Wolitz do their own work. This means that they must: (1) do their own writing; (2) sign their own pleadings, motions, and briefs; and (3) appear and participate personally. The attorneys shall take steps to register in the Court's electronic filing system (CM-ECF). Further information is available on the Court's website, www.mtd.uscourts.gov, or from the Clerk's Office.

IT IS FURTHER ORDERED that this Order is subject to withdrawal unless each attorney files a separate pleading acknowledging their admission under the terms set forth above within fifteen (15) days of this Order.

DATED this 17th day of April, 2023.

/s/ Dana L. Christensen
Dana L. Christensen, District Judge
United States District Court