IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| FOREST SERVICE EMPLOYEES FOR ENVIRONMENTAL ETHICS,<br><br>      Plaintiff,<br><br>   vs.<br><br>UNITED STATES FOREST SERVICE,<br><br>      Defendant. | CV 22–168–M–DLC<br><br><br>ORDER |

Amici Curiae have requested to call into the hearing on summary judgment scheduled for Monday, April 24, 2023, at 9:00 a.m. Typically, this request would be made through a motion. However, in this instance, and this instance only, the Court will grant the request without a motion.

Accordingly, IT IS ORDERED that Amici may call into the hearing on April 24, 2023, at 9:00 a.m. via the conference line by following these instructions:

   (a)   Dial 9-1-669-254-5252
   (b)   At the prompt, enter the meeting ID: 160 1303 0341#
   (c)   Press #

DATED this 20th day of April, 2023.

_____
Dana L. Christensen, District Judge
United States District Court

1