Adam R.F. Gustafson
Principal Deputy Assistant Attorney
General

Scott A. Schachter
Miranda M. Jensen
Rachel H. Oest
U.S. Department of Justice
Energy & Natural Resources Division
Environmental Defense Section
P.O. Box 7611
Washington, DC 20044-7611
(202) 532-5549 (Schachter)
(202) 598-3071 (Jensen)
(202) 532-3081 (Oest)
scott.schachter@usdoj.gov
miranda.jensen@usdoj.gov
rachel.oest@usdoj.gov

*Attorneys for Defendant*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MONTANA**
**MISSOULA DIVISION**

| | |
|---|---|
| FOREST SERVICE EMPLOYEES FOR ENVIRONMENTAL ETHICS,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES FOREST SERVICE,<br><br>Defendant. | Case No: 9:22-CV-00168-DLC<br><br>**NOTICE** |

Please take notice that on November 10, 2026, the President of the United States issued a presidential memorandum entitled "Presidential Determination Concerning Wildfire Suppression Activities in the United States," in which the President issued an exemption under 33 U.S.C. § 1323(a) for "firefighting activities conducted by the United States Forest Service . . . including the aerial use, deployment, and discharge of fire retardants, from Federal State, interstate, and local requirements, administrative authority, and process and sanctions respecting the control and abatement of water pollution" until November 10, 2027. A full copy of this presidential memorandum is available at https://www.whitehouse.gov/presidential-actions/2026/11/presidential-determination-concerning-wildfire-suppression-activities-in-the-united-states/.

Dated: November 16, 2026

ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General

*/s/ Scott A. Schachter*
Scott A. Schachter
U.S. Department of Justice
Energy & Natural Resources Division
Environmental Defense Section
P.O. Box 7611
Washington, DC 20044-7611
Tel: (202) 532-5549
scott.schachter@usdoj.gov

*Attorney for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on November 16, 2026, I filed the foregoing Notice using the CM/ECF system, and that this document will be served electronically on all counsel of record.

*/s/ Scott A. Schachter*
SCOTT A. SCHACHTER