IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| FOREST SERVICE EMPLOYEES FOR ENVIRONMENTAL ETHICS,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED STATES FOREST SERVICE,<br><br>Defendant. | CV 22–168–M–DLC<br><br>ORDER |

Before the Court is Amici Curiae Town of Paradise et al.'s motion to appear remotely at the December 10, 2026 status conference in this matter. (Doc. 75.) The motion indicates that Amici "expect to have a limited role" at the status conference but nevertheless "would like to be able to participate." Plaintiff and Defendant take no position on the motion. (Doc. 75 at 5.) Accordingly,

IT IS ORDERED that Amici's motion is GRANTED. Counsel may appear remotely at the December 10, 2026 status conference. The Court will communicate instructions to appear via Zoom directly to counsel.

DATED this 24th day of November, 2026.

Dana L. Christensen, District Judge
United States District Court